UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST R. MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>GUSTAVO ESPITIA, et al.,<br><br>  Defendants. | No. 1:25-cv-000189-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for an extension of time, filed April 7, 2025. Plaintiff's request is unnecessary.

On March 12, 2025, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 5.) Plaintiff filed the first amended complaint on April 4, 2025, which will be screened in due course. (ECF No. 8.) Thus, there is currently no pending deadlines. To the extent Plaintiff is seeking an extension of time to conduct discovery, such request is premature. As stated in the Court's first informational order issued on February 12, 2025, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting 18 deadlines for completing discovery, mending the

pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 3.)  Here, because the complaint has not been ordered service, no Defendants have appeared, and discovery has not opened, any extension of time is premature.

Based on the foregoing, Plaintiff's request for an extension of time, filed on April 7, 2025, is DENIED.

IT IS SO ORDERED.

Dated:  **April 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2