UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST R. MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO ESPITIA, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00189-SAB (PC)<br><br>ORDER DENYING CALIFORNIA ATTORNEY GENERAL'S OFFICE THIRD MOTION FOR EXTENSION OF TIME TO FILE A WAIVER OF SERVICE ON BEHALF OF DEFENDANT RODRIGUEZ AS MOOT<br><br>(ECF No. 21) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is the California Attorney General's Office (AGO) third motion for an extension of time to file a waiver of service of process on behalf of Defendant Rodriguez, filed June 19, 2025.  (ECF No. 21.)

　　　Inasmuch as Defendant Rodriguez filed a waiver of service of process on June 20, 2025 (ECF No. 22), the AGO's third motion to extend the time to do so is denied as rendered moot.

IT IS SO ORDERED.

Dated:　**June 20, 2025**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1