UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST R. MORALES, | No. 1:25-cv-000189-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO OPT OF THE POST-SCREENING ADR PROJECT |
| v. | |
| GUSTAVO ESPITIA, et al., | (ECF No. 26) |
| Defendants. | ORDER LIFTING STAY OF PROCEEDINGS, VACATING JULY 29, 2025, SETTLEMENT CONFERENCE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On June 30, 2025, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

      On July 29, 2025, Defendants filed a motion to opt out of hf the settlement conference. (ECF No. 26.) Defendants submit that based on their review of the case and discussion with

1

Plaintiff, a settlement conference would be a waste of judicial resources at this time. (Id.) After reviewing the notice, the Court finds good cause to grant Defendants' request. Therefore, the stay if lifted, and the September 25, 2025 settlement conference is vacated.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to opt out of the post-screening ADR project (ECF No. 26), is GRANTED;

2. The stay of this action (ECF No. 25) is LIFTED; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:  **July 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2