UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST R. MORALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUSTAVO ESPITIA, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-000189-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>(ECF Nos. 33, 34) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Defendants' motion to extend the time to respond to Plaintiff's discovery requests, filed November 14, 2025. (ECF No. 33.)[1]

　　　Good cause having been presented, it is HEREBY ORDERED that the deadline to respond to Plaintiff's discovery requests is due on or before **November 24, 2025**.

IT IS SO ORDERED.

Dated:　**November 14, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Defendants filed a duplicative motion on this same date, ECF No. 34.

1